## C. W. FULTON AND GRANITE CITY MOTOR COMPANY v. GEORGE C. WRIGHT.

### (Filed 16 June, 1961.)

APPEAL by plaintiff Fulton from *Johnston, J.,* February 1961 Term of SURRY.

This is a companion case to *Fulton v. Talbert, ante,* 183. Except

for the name of the defendant, the complaint herein is substantially identical with the complaint in that case. Here as there defendant demurred for failure to state a cause of action. The demurrer was sustained and plaintiff appealed.

*Folger & Folger for plaintiff appellant.*
*Woltz & Faw for defendant appellee.*

PER CURIAM. For the reasons given in *Fulton v. Talbert, ante,* 183, the judgment is
Affirmed.